UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAYO OREKOYA,<br><br>            Plaintiff,<br><br>    v.<br><br>H2 MARKETING CONSULTANTS, LLC and HEATHER HELLMANN,<br><br>            Defendants. | No.  2:22-cv-01155-AC<br><br>ORDER TO SHOW CAUSE |

This case was filed on July 1, 2022. ECF No. 1. This action has been assigned to the Magistrate Judge under the court's automated case assignment plan. See Local Rules, Appendix A, subsection (m). Per the Local Rule and the Civil Case Documents issued in this case (ECF No. 3) the parties are required to return the "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the action was filed, or within 14 days of removal from state court. ECF No. 3 at 2. The parties were cautioned that "[f]ailure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted." Id.

Because this action was filed initially in federal court, the parties consent/decline forms were due on September 29, 2022. The parties have not filed their forms. The parties are therefore ORDERED TO SHOW CAUSE in writing within 10 days of this order why they have

not filed their consent/decline forms.  Submission of the forms will automatically discharge this order.  Failure to file the forms or show good cause may result in sanctions.

      IT IS SO ORDERED.

DATED: October 19, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE