1  Brent M. Douglas, (CSB# 268277)
   Ethan B. Shakoori, (CSB # 330753)
2  HAHN LOESER & PARKS LLP
3  600 West Broadway, Suite 1500
   San Diego, California 92101
4  Telephone: (619) 810-4346
   Facsimile: (619) 810-4301
5  bmdouglas@hahnlaw.com
   eshakoori@hahnlaw.com
6

7  Attorneys for Defendants H2 Marketing Consultants LLC and Heather Hellmann

8  Joshua H. Watson (CSB# 238058)
   CLAYEO C. ARNOLD, APC
9  865 Howe Avenue
   Sacramento, CA 95825
10 Telephone: (916) 777-7777
   Facsimile: (916) 924-1829
11 jwatson@justice4you.com
12

13 Attorneys for Plaintiff Morayo Orekoya

14

15                **UNITED STATES DISTRICT COURT**

                **EASTERN DISTRICT OF CALIFORNIA**
16

17 MORAYO OREKOYA, individually        Case No. 2:22-CV-01155-AC
18 and on behalf of similarly situated
   employees                           **STIPULATION AND ORDER TO**
19                                      **EXTEND TIME FOR DEFENDANTS**
                                        **H2 MARKETING CONSULTANTS**
20          Plaintiff                   **LLC AND HEATHER HELLMANN**
                                        **TO FILE AN ANSWER OR**
21       vs.                            **OTHERWISE RESPOND TO**
                                        **PLAINTIFF'S INITIAL COMPLAINT**
22
23 H2 MARKETING CONSULTANTS             Judge:  Hon. Allison Claire
   LLC, HEATHER HELLMANN                Dept.:  26
24
            Defendants.                 Complaint Filed:  July 1, 2022
25                                      Trial Date:  TBD
26

27

28

                                    1

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

1    Plaintiff Morayo Orekoya ("Plaintiff") and Defendants H2 Marketing
2   Consultants LLC and Heather Hellmann (collectively "Defendants") by and through
3   their undersigned counsel of record, hereby stipulate and request that Defendants
4   receive an extension to file and serve a response to Plaintiff's initial Complaint on or
5   before January 31, 2023.

6    Local Rule 144(a) states, "[u]nless the filing date has been set by order of the
7   Court, an initial stipulation extending the time for no more than twenty-eight (28) days
8   to respond to a complaint […] may be filed without approval of the Court if the
9   stipulation is signed on behalf of all parties who have appeared in the action and are
10  affected by the stipulation.  All other extensions of time must be approved by the
11  Court.  No open extensions of time by stipulation of the parties will be recognized."

12   Plaintiff commenced the above-entitled action by filing a complaint
13  ("Complaint") on or about July 1, 2022.  Plaintiff served the Complaint on Defendants
14  on or about November 15, 2022.  After being served with the complaint, Defendants
15  requested, and Plaintiffs agreed to, additional time to retain counsel, have that counsel
16  evaluate the claims asserted in Plaintiff's Complaint, and to respond to Plaintiff's
17  Complaint.

18   Defendants retained counsel earlier this year to evaluate the claims asserted in
19  Plaintiff's Complaint.  Counsel for Defendants is concurrently filing an Appearance
20  of Counsel in the above-entitled matter. Further, Plaintiff and Defendant are currently
21  engaging in discussions as to the claims and defenses in this matter for purposes,
22  including, but not limited to, settlement.  In these discussions, counsel for Defendants
23  requested, and counsel for Plaintiff consented, to additional time to for Defendants to
24  respond to Plaintiff's Complaint.

25  ///
26  ///
27  ///
28  ///

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
14283813.1

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Tel: (619) 810-4300 · Fax : (619) 810-4301

1    Plaintiff and Defendants stipulate and request that this Court allow Defendants

2  to respond to Plaintiff's Complaint on or before January 31, 2023.

3

4   Dated: January 19, 2023            HAHN LOESER & PARKS LLP

5

6                                      By:    /s/Brent M. Douglas

7                                             Brent M. Douglas
                                              Attorney for Defendants
8                                             H2 Marketing Consultants LLC and
                                              Heather Hellmann
9

10   Dated: January 19, 2023           CLAYEO C. ARNOLD, A PROFESSIONAL
                                       LAW CORPORATION
11

12

13                                     By:    /s/Joshua H. Watson (as authorized on 01/18/23)
                                              Joshua H. Watson
14                                            Attorney for Plaintiff Morayo Orekoya

15

16                                     **ORDER**

17        IT IS HEREBY ORDERED that Defendants H2 Marketing Consultants LLC

18  and Heather Hellmann have until January 31, 2023, to answer or otherwise respond to

19  Plaintiff Morayo Orekoya's initial Complaint in this action.

20

21  DATED: January 19, 2023

                                       ALLISON CLAIRE
22                                     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
14283813.1