UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAYO OREKOYA, | No. 2:22-cv-01155 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| H2 MARKETING CONSULTANTS LLC and HEATHER HELLMAN, | |
| Defendants. | |

    This case was filed on July 1, 2022. ECF No. 1. This action has been assigned to the Magistrate Judge under the court's automated case assignment plan. See Local Rules, Appendix A, subsection (m). Pursuant to the Local Rule and the Civil Case Documents issued in this case (ECF No. 3) the parties are required to return the "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the action was filed, or within 14 days of removal from state court. ECF No. 3 at 2. The parties were cautioned that "[f]ailure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted." Id. An order to show cause regarding the lack of filing consent/decline forms was filed on October 26, 2022, before defendants appeared. ECF No. 6. Defendants filed an answer on January 31, 2023. ECF No. 13. Defendants have not yet filed consent/decline forms.

1 | Defendants are therefore ORDERED TO SHOW CAUSE in writing within 10 days of this order why they have not filed their consent/decline forms. Submission of the forms will automatically discharge this order. Failure to file the forms or show good cause may result in sanctions.

IT IS SO ORDERED.

DATED: February 1, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE