UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAYO OREKOYA, | No. 2:22-cv-01155 AC |
| Plaintiff, | |
| v. | ORDER |
| H2 MARKETING CONSULTANTS and HEATHER HELLMANN, | |
| Defendants. | |

On February 3, 2023, the court issued an order setting an initial scheduling conference in this case for March 8, 2023. ECF No. 18. The order specified that not later than 14 days prior to the scheduling conference the parties were required to file joint or separate status reports to aid in setting a case schedule. Id. The deadline has now passed, and neither party filed a status report.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of March 8, 2023 is VACATED. The initial scheduling conference is RESET to March 29, 2023 at 10:00 a.m. in Courtroom 26 before the undersigned. It is further ORDERED that the parties shall submit a joint scheduling report (or separate reports if necessary) no later than March 15, 2023. Counsel for

////

////

////

1

1 | both parties are cautioned that failure to comply with this order will result in monetary or other
2 | sanctions.
3 |     IT IS SO ORDERED.
4 | DATED: March 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE