Clayeo C. Arnold, SBN 65070
JOSHUA H. WATSON, SBN 238058
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff
*Morayo Orekoya*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAYO OREKOYA, *individually and on behalf of similarly situated employees,*<br><br>        Plaintiff,<br>vs.<br><br>H2 MARKETING CONSULTANTS LLC, HEATHER HELLMANN<br><br>        Defendants. | Case No.: 2:22-CV-01155-AC<br><br>**[PROPOSED] ORDER ON STIPULATED REQUEST TO APPROVE SETTLEMENT OF INDIVIDUAL FLSA MATTER AND DISMISS WITH PREJUDICE** |

The Court, having read and considered the parties' Stipulated Request to Approve Settlement of Individual FLSA Matter and Dismiss with Prejudice, finds good cause, GRANTS the stipulation, and ORDERS as follows:

(1) The Court approves the settlement of FLSA claims in this matter. According to facts provided in the parties' stipulation, the settlement amount reflects a net recovery for the plaintiff in an amount that covers all contested wages and approximately 43% of available liquidated damages, shifts attorney fees and costs to the Defendants in keeping with 29 USC § 216(b), and occurs within a setting where Defendants assert certain non-frivolous fact-based defenses to the applicability of the U.S. Fair Labor Standards Act to the subject working relationship.

(2) This matter is dismissed with prejudice. However, the Court retains jurisdiction for any motion to enforce the settlement terms of the agreement submitted in Exhibit 1.

IT IS SO ORDERED.

Dated: June 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE