UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAYO OREKOYA,<br><br>    Plaintiff,<br><br>v.<br><br>H2 MARKETING CONSULTANTS LLC<br>and HEATHER HELLMAN,<br><br>    Defendants. | No.  2:22-cv-001155 AC<br><br><br>ORDER |

    This case is before the undersigned for all purposes on the parties' consent. ECF No. 17. On September 9, 2024, plaintiff filed a motion for judgment set to be heard on October 9, 2024. ECF No. 29.  Pursuant to Local Rule 230(c), defendants were required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, that deadline was September 23, 2024.  Defendants did not file an opposition or statement of non-opposition.

    Good cause appearing, IT IS HEREBY ORDERED that the hearing date of October 9, 2024 is VACATED to and RESET to November 6, 2024 at 10:00 a.m. before the undersigned. Defendants shall show cause, in writing, within 14 days, why their failure to respond to the pending motion should not be considered a statement of non-opposition.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will

////

1

discharge this order.  If defendants fail to respond, the court will consider their lack of response a statement of non-opposition to plaintiff's motion.

      IT IS SO ORDRED.

DATED: October 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE