UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAYO OREKOYA,<br><br>Plaintiff,<br><br>v.<br><br>H2 MARKETING CONSULTANTS LLC, and HEATHER HELLMANN,<br><br>Defendants. | No.  2:22-cv-1155 AC<br><br><br><br>ORDER |

This case is before the undersigned for all purposes on the parties' consent. ECF No. 17. The parties settled this case on June 14, 2023. ECF No. 28. As part of the settlement stipulation, the court retained jurisdiction for the purpose of any motions related to enforcement of the settlement terms. Id. Now before the court is a motion contemplated by the stipulation: plaintiff's motion for judgment. ECF No. 29. Defendants did not respond to the motion initially. The court re-set the motion and gave defendants another opportunity to respond, and again they did not respond. ECF No. 31. A hearing was held on November 6, 2024; defendants did not appear. ECF No. 33.

The court finds that defendants defaulted on the settlement agreement approved by this court in the order dated June 14, 2023, that defendants were provided with proper notice of the default pursuant to the terms of the agreement, and that defendants failed to timely cure the

default. As a result, the agreement's enhancement clause was triggered and the total amount due under the agreement increased to $30,000. The agreement allows for an award of attorney's fees for enforcement of the agreement. The court finds the plaintiff's request for $200 in attorney's fees to be reasonable and therefore awards $200 in fees and costs to be added to the amount due. The total amount awarded is $30,200. The settlement agreement permits entry of judgment following failure to cure a default of the payment terms. This Court retained jurisdiction of this matter for the purposes of enforcing the settlement agreement and therefore has jurisdiction to enter a judgment at this time.

The Court GRANTS the motion (ECF No. 29) and directs entry of judgment in favor of plaintiff Morayo Orekoya against defendants H2 Marketing Consultants LLC and Heather Hellmann in the amount of $30,200.00.

IT IS SO ORDERED.

DATED: November 8, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE